**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Jeffrey Tyrone Jordan, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 17-473 (CKK) |
| | : | |
| Federal Bureau of Prisons, | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OPINION**

Plaintiff filed this action in the Superior Court of the District of Columbia against the Federal Bureau of Prisons ("BOP"). BOP removed the case pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and it has moved to dismiss [Dkt. # 4]. In an order issued on March 23, 2017, plaintiff was directed to respond to defendant's motion by April 28, 2017, or face possible dismissal of the case. *See* Order [Dkt. # 5]. Plaintiff has neither complied with the order nor requested additional time to do so. Consistent with the advisements in the order, the Court finds that plaintiff has conceded defendant's arguments for dismissal, and it agrees that subject matter jurisdiction is lacking. *See* Def.'s Mem. at 6-9. Therefore, "the court must dismiss the action." Fed. R. Civ. P. 12(h)(3). A separate order accompanies this Memorandum Opinion.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Dated: May 8, 2017